## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK MARQUETT JOHNSON**                                      **PLAINTIFF**
**ADC #185962**

**v.**                        **CASE NO. 4:25-CV-00672-BSM**

**LYNN BERRY**                                                  **DEFENDANT**

## ORDER

Arick Johnson has filed numerous motions, which are granted or denied as follows.

Johnson's motion to correct the record [Doc. No. 23] and his motions to supplement the record [Doc. Nos. 26, 27] are denied as premature. To the extent that Johnson moves to amend his complaint, the motions are denied because he must do so in accordance with the Federal Rules of Civil Procedure.

Johnson's motion to appoint counsel [Doc. No. 28] is denied because there is no right to counsel in civil proceedings and Johnson appears to be able to adequately present his claims, which are neither factually nor legally complex. *Phillips v. Jasper County Jail*, 437 F.3d 791, 794 (8th Cir. 2006).

Johnson's motions for discovery [Doc. Nos. 30, 33] are denied because they are premature.

Finally, Johnson's motion for a status update [Doc. No. 25] is granted and the clerk is directed to send Johnson a copy of the docket sheet, along with a copy of this order. To the extent Johnson requests to supplement the record, his motion is denied for the reasons previously discussed. If Johnson seeks referral to the Magistrate Judge for a settlement

conference, he must make an express request.

      IT IS SO ORDERED this 5th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE